1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                  **DISTRICT OF NEVADA**

8                                              * * *

9    BOBBY E. BURTON, JR.,

10          Petitioner,                                Case No. 2:14-cv-01996-RFB-GWF

11   vs.                                                           **ORDER**

12   SHANANWAR ALAM, MD,

13          Respondent.

14

15          Petitioner, who is a prisoner in the Alfred D. Hughes Unit of the Texas Department of Criminal

16   Justice, has submitted an application to proceed *in forma pauperis* and a petition for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner has not signed either document.  However,

18   correction of these omissions is unnecessary, because the Court must dismiss this case.

19          Petitioner provides no information about his judgment of conviction. It is unclear if petitioner

20   actually is trying to attack a judgment of conviction, because the named respondent is a doctor and

21   petitioner's sole allegation is "Taking meds." It appears that petitioner might be trying to complain

22   about his medical care, in which case the proper vehicle is a civil rights action pursuant to 42 U.S.C.

23   § 1983. As currently stated, however, the Court is unable to determine the nature of petitioner's claims.

24          Additionally, petitioner is in Texas, and he needs to present any claims he believes that he has

25   to the United States District Court for the district where he is held. This Court will not transfer the

26   action to another court where it cannot establish the nature of the claims.  This Court does not want to

27   misrepresent or misstate the claims that petitioner believes that he has.  Again, petitioner can refile this

28   action in the appropriate district court.

1     **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF No.

2  1) is **DENIED**.

3     **IT IS FURTHER ORDERED** that this action is **DISMISSED**.  The clerk of the court shall

4  enter judgment accordingly.

5     **IT IS FURTHER ORDERED** that a certificate of appealability shall not issue.

6     **DATED** this 21st day of January, 2015.

                                                                           _____

                                                                           **RICHARD F. BOULWARE, II**
                                                                           **United States District Judge**